354 F.2d 1007
 UNITED STATES of America
v.
Harold KONIGSBERG, Anthony Stassi, Joseph Lucignano, Edward
Skowron, Armand Colianni, Alias Artie Colianni, Ignazio
Denaro, Alias Ignatius Denaro, Alias Mr. Ignatius, Angelo
Bruno Annaloro, Alias Angelo Bruno, Alias A. B. Joseph
Lucignano, Appellant.
UNITED STATES of America
v.
Harold KONIGSBERG, Anthony Stassi, Joseph Lucignano, Edward
Skowron, Armand Colianni, Alias Artie Colianni, Ignazio
Denaro, Alias Ignatius Denaro, Alias Mr. Ignatius, Angelo
Bruno Annaloro, Alias Angelo Bruno, Alias A.B. Edward
Skowron, Appellant.
 Nos. 15224, 15225.
 United States Court of Appeals Third Circuit.
 Argued Oct. 4, 1965.
Decided Jan. 27, 1966.
 
 Appeals from the United States District Court for the Eastern District of Pennsylvania; Ralph C. Body, Judge.
 Michael A. Querques, and Daniel E. Isles, Orange, N.J., for appellants.
 J. Shane Creamer, First Asst. U.S. Atty., Philadelphia, Pa., Drew J. T. O'Keefe, U.S. Atty., Philadelphia, Pa., for appellee.
 Before BIGGS, Chief Judge, and MARIS and STALEY, Circuit Judges.
 PER CURIAM.
 
 
 1
 We have examined carefully each point raised by the defendants-appellants and the testimony given before the grand jury by Zavod and Kaplan has been read and weighed in the light of the record of the trial. See United States v. Boyance, 329 F.2d 372 (3 Cir. 1964) and United States v. Bertucci, 333 F.2d 292 (3 Cir. 1964). We find no error in the proceedings in the court below. Consequently the judgments of conviction will be affirmed.